

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00832-CR

Ex Parte Freddy **OQUENDO**,
Appellant

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 1591B
Honorable Pedro Gomez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 1, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
Keith E. Hottle
Clerk of Court